OPINION — AG — ** COUNTY COMMISSIONERS — EMPLOY PRIVATE ATTORNEY ** THE BOARD OF COUNTY COMMISSIONERS OF LINCOLN COUNTY ARE WITHOUT AUTHORITY TO EMPLOY PRIVATE COUNSEL, EITHER WITH OR WITHOUT YOUR CONSENT (COUNTY ATTORNEY), TO APPEAL SAID CASE FOR SAID COUNTY TO THE SUPREME COURT. (PRIVATE ATTORNEY, EMPLOY, HIRE, AUTHORITY, DISTRICT ATTORNEY) CITE: 19 O.S. 183 [19-183], 19 O.S. 339 [19-339] (FRED HANSEN)